# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 20-69** |
| | : | |
| **JULIO PEREZ** | : | |

# ORDER

**AND NOW**, this 22nd day of January 2024, upon reviewing Petitioner's pro se Motion for reduction of sentence (ECF No. 62) relying on the Sentencing Commission's recently amended recommendation for a downward adjustment for a "zero point" offender status at sentencing which does not apply to him and mindful we varied downward below a recommended amended sentence even if he did qualify, and for reasons in today's accompanying Memorandum, it is **ORDERED** Petitioner's Motion for reduction (ECF No. 62) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**KEARNEY, J.**